# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
CHARLES C. LOBELLO, BAR NO. 5052.

No. 69779

**FILED**

APR 22 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER APPROVING CONDITIONAL GUILTY PLEA

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Charles C. Lobello. Under the agreement, Lobello admitted to violations of RPC 8.4(b) (misconduct: commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer) and RPC 8.4(c) (misconduct: engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation).

The agreement provides for a four-year suspension retroactive to July 29, 2013, the date that Lobello was temporarily suspended from the practice of law based on his conviction for felony tax evasion. The agreement further provides that Lobello will pay the actual costs of the disciplinary proceedings, excluding Bar Counsel and staff salaries, within 30 days of receipt of a billing from the State Bar.

Based on our review of the record, we conclude that the guilty plea agreement should be approved. *See* SCR 113(1). Considering the seriousness of the violations along with the aggravating and mitigating factors, we conclude that a four-year suspension retroactive to the date of

16-12698

the temporary suspension is sufficient to serve the purpose of attorney discipline. *See In re Lerner*, 124 Nev. 1232, 1246, 197 P.3d 1067, 1077-78 (2008) (setting forth factors to be considered); *State Bar of Nev. v. Claiborne*, 104 Nev. 115, 213, 756 P.2d 464, 527-28 (1988) (explaining purpose of attorney discipline).

Accordingly, we hereby impose a four-year suspension beginning retroactively on July 29, 2013, the date of Lobello's temporary suspension. Additionally, Lobello shall pay the actual costs of the disciplinary proceedings, excluding Bar Counsel and staff salaries, within 30 days of receipt of the State Bar's bill of costs. The parties shall comply with the applicable provisions of SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____, J.
Pickering

cc:  Chair, Southern Nevada Disciplinary Panel
     C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
     Michael J. Warhola, LLC
     Kimberly K. Farmer, Executive Director, State Bar of Nevada
     Perry Thompson, Admissions Office, United States Supreme Court

